IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD JACKSON,

      Appellant,

v.

CITY OF POMPANO BEACH
and CORVEL CORPORATION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-929

Opinion filed September 16, 2016.

An appeal from an order of the Judge of Compensation Claims.
Marjorie Renee Hill, Judge.

Date of Accident: August 7, 2013.

Michael J. Winer of the Law Office of Michael J. Winer, P.A., Tampa; Ricardo Morales of the Law Office of Ricardo Morales, PLC, Miami, for Appellant.

Albert P. Massey, III, and Darrel T. King of the Law Offices of Massey, Coican & King, L.L.C., Fort Lauderdale, for Appellees.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.